UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Thomas Bowdren, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07-3622 (DRD) |
| v. | : | |
| | : | |
| Abbott Bamboo Inc., et al., | : | **AMENDED SCHEDULING ORDER** |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**THIS MATTER** having been referred to mediation, and the mediator having recommended that the case remain in the Mediation program through September 1, 2009, and for good cause shown,

**IT IS** on this 5th day of June, 2009

**ORDERED THAT:**

The case is to remain in the Mediation program through **September 1, 2009**. By **September 8, 2009**, counsel must e-file a joint case status letter.

s/ Michael A. Shipp
**Hon.  Michael A. Shipp**
**UNITED STATES MAGISTRATE JUDGE**
